UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | **Criminal Case No.** 16-58-01-JL |
| **FELIPE ANTONIO REYES EDUARDO,** ) | |
| **A/K/A "WILLIAM,"** ) | |
| ) | |
| **Defendant.** ) | |

## INDICTMENT

**The Grand Jury charges:**

## COUNT ONE

Distribution of a Controlled Substance (Fentanyl)
21 U.S.C. § 841(a)(1)

On or about February 18, 2016, in the District of New Hampshire, the defendant

**FELIPE ANTONIO REYES EDUARDO, A/K/A "WILLIAM,"**

knowingly and intentionally distributed 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**The Grand Jury further charges:**

## COUNT TWO

Conspiracy to Distribute Controlled Substances (Fentanyl, Heroin and Cocaine Base)
21 U.S.C. § 846

From on or about December 14, 2015, and continuing to on or about March 23, 2016, in the District of New Hampshire and elsewhere, the defendant,

**FELIPE ANTONIO REYES EDUARDO, A/K/A "WILLIAM,"**

knowingly and intentionally combined, conspired, confederated and agreed together and with other persons known and unknown to the Grand Jury, to Distribute Controlled Substances (fentanyl, heroin and cocaine base), including 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

April 6, 2016                                             A TRUE BILL

                                                          /s/  Foreperson
                                                          Foreperson

EMILY GRAY RICE
United States Attorney

By:     /s/  William E. Morse
        William E. Morse
        Assistant United States Attorney