UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 1:16-cr- |
| ) | |
| FELIPE ANTONIO REYES EDUARDO ) | |
| A/K/A "WILLIAM" ) | |

PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, an Indictment against the above-named defendant having been filed in the above-entitled case on the 6th day of April, 2016.

This 6th day of April, 2016.

EMILY GRAY RICE
United States Attorney

By: /s/ William E. Morse
William E. Morse
Assistant U.S. Attorney

WARRANT ISSUED: _____