UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

*U.S. DISTRICT COURT [N.H.]SHIRE*
*APR 14 2016*
*FILED*

United States of America

v.

Felipe Antonio Reyes Eduardo

Case No. 1:16-CR-58-01-JL

## STIPULATION TO DETENTION AND WAIVER OF DETENTION HEARING

I hereby waive my right to a detention hearing as provided in:

- [✓] 18 U.S.C. 3142(f), pending trial**
- [ ] 18 U.S.C. 3148(a), revocation of release/pending trial**
- [ ] Fed.R.Crim.P. 46(c) and 18 U.S.C. 3143, pending sentence
- [ ] Fed.R.Crim.P. 32.1(a)(1) and Fed.R.Crim.P. 46(c), pending revocation of probation/supervised release hearing

without prejudice, and stipulate to detention.

Date: 4/14/16

*Felipe J Reyes*
Defendant

Date: 4/14/16

_____
Counsel for Defendant

**STIPULATION APPROVED.***

Date: 4/14/2016

_____
United States Magistrate Judge
~~United States District Judge~~

cc: US Attorney
    US Marshal
    US Probation
    Defendant's Counsel

* Defendant has asked that the USM consider transferring him to Strafford County House of Corrections as there are no Spanish speaking inmates in his unit at the Merrimack County House of Corrections. The government takes no position

**The defendant is committed to the custody of the Attorney General or her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court for the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

on this request. The court has explained to defendant that his location of incarceration is up to the USM.

USDCNH-31 (5-99)