AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

RECEIVED
U.S. MARSHAL
CONCORD, NH

2016 APR 7 AM 7 11

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:16-CR-58-01-JL |
| | ) | |
| FELIPE ANTONIO REYES EDUARDO A/K/A "WILLIAM" | ) ) ) | |
| Defendant | ) | |

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED
2016 APR 14 P 4: 08

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     FELIPE ANTONIO REYES EDUARDO   A/K/A "WILLIAM"                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Distribution of a Controlled Substance and Conspiracy to Distribute Controlled Substances.

Date:   04/06/2016

_____
*issuing officer's signature*

Jennifer Sackos Deputy Clerk
*Printed name and title*

City and state:   Concord, New Hampshire

---

**Return**

This warrant was received on *(date)* 04/06/2016, and the person was arrested on *(date)* 04/14/2016
at *(city and state)* USMS Concord, NH.

Date: 04/16/2016

_____
*Arresting officer's signature*

D. Dempsey  DUSM
*Printed name and title*