UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

V.                                                                                          DOCKET NO. 16-CR-58-JL

FELIPE ANTONIO REYES EDUARDO

### ASSENTED TO MOTION TO CONTINUE FINAL PRE-TRIAL AND TRIAL

NOW COMES the accused, Felipe Antonio Reyes Eduardo, by and through counsel, Paul J. Garrity, and hereby moves this Court to continue his April 25, 2016 Final Pre-Trial and his May 3, 2016 Trial for an additional 60 days.

In support of this motion the accused states as follows:

1. The accused is scheduled for a Final Pre-Trial on April 25, 2016 at 10:00 a.m. in this Court;

2. However, the undersigned counsel is on vacation April 21, 2016, through May 1, 2016;

3. This makes it impossible for the undersigned counsel to appear at the Final Pre-Trial that is scheduled for April 25, 2016 at 10:00 a.m. in this Court;

4. The accused is also scheduled for a Trial on May 3, 2016 at 9:30 a.m. in this Court;

5. However, the undersigned counsel is scheduled for a CJA Day in US District Court in Boston, MA for the whole day on May 3, 2016. Additionally, the undersigned counsel is scheduled for a jury trial, Commonwealth v. K. Mateja, on May 5, 2016 at 9:00 a.m. in Lowell District Court. This case has a no further continuance order attached to it.

6. That the Assistant US Attorney, John Farley, has been contacted and assents to this Motion to Continue.

WHEREFORE, the accused respectfully requests that this Court grant this Motion and continue his Final Pre-Trial and Trial for an additional 60 days.

                Respectfully submitted
                Felipe Antonio Reyes Eduardo,
                By his Attorney,

Date: April 18, 2016        /s/ Paul J. Garrity
                                     Paul J. Garrity
                                     Bar No. 905
                                     14 Londonderry Road
                                     Londonderry, NH 03053
                                     603-434-4106

CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 18th day of April, 2016, a copy of the within Motion was e-filed for Assistant US Attorney John Farley, US Attorney's office of NH, and mailed, postage pre-paid, to Felipe Antonio Reyes Eduardo.

                /s/ Paul J. Garrity
                Paul J. Garrity