```
                 UNITED STATES DISTRICT COURT
                  DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

       v.                            Criminal No. 16-cr-58-01-JL

<u>Felipe Antonio Reyes Eduardo</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 6) filed by defendant is granted.  Additional continuances should not be anticipated.  Final Pretrial is rescheduled to **June 30, 2016 at 2:00 PM**; Trial is continued to the two-week period beginning **July 6, 2016, at 9:30 AM**.  In addition to various filing deadlines contained in the local rules, the parties shall also file any in limine motions no later than ten (10) days prior to the final pretrial conference.  Objections to motions in limine shall be filed no later than three (3) days prior to the final pretrial conference.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                  _____
                                                  Joseph N. Laplante
                                                  Chief Judge

Date: April 18, 2016

```
cc:    William E. Morse, AUSA
       Paul J. Garrity, Esq.
       U.S. Marshal
       U.S. Probation
```