UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Case No. 16-CR-00058-01-JL |
| FELIPE ANTONIO REYES EDUARDO, | ) |
| a.k.a. "WILLIAM" | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION REGARDING SPEEDY TRIAL ACT CALCULATIONS

The United States of America, by its attorney, Emily Gray Rice, United States Attorney for the District of New Hampshire, and the Defendant, through his counsel, Paul J. Garrity, Esquire, jointly stipulate in response to this Court's order as follows:

1. The Speedy Trial clock in this case began with the defendant's arraignment on April 14, 2016.  18 U.S.C. 3161(c)(1).

2. A total of 83 days will have elapsed as of July 6, 2016, the date currently set for jury selection.

3. Of those 83 days that will have elapsed as of the date currently set for jury selection, two days of delay are excludable, because they result from pre-trial motions and/or are reasonably attributable to periods (not exceeding thirty days) during which proceedings concerning the defendant are actually under advisement by the Court.  18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(1)(H).  Specifically, the following dates and periods are excludable for those reasons:

    a.    April 6, 2016 (one day) (while the defendant's motion for transfer to Strafford County House of Corrections was pending); and

    b.    April 18, 2016 (one day) (while the defendant's motion for a continuance was pending).

4.    Sixty-four additional days of delay are excludable because they resulted from the defendant's motions for a continuance granted by the Court on the basis that the ends of justice served by taking such action outweighed the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(7)(A).  Specifically, the 64 days of delay from May 3, to July 6, 2016, (the period of delay resulting from the Court granting the defendant's first motion for a continuance) is excludable for that reason.

5.    Subtracting the total 66 days of excludable delay from the 83 total days that will have elapsed between the defendant's arraignment and the current date set for jury selection, will leave 17 lapsed, non-excludable days as of the date currently set for jury selection.  This is 53 days of non-excludable delay less than the 70 days of non-excludable delay allowed under the Speedy Trial Act.  18 U.S.C. § 3161(c).

Date: April 26, 2016                      Respectfully Submitted,

                                            EMILY GRAY RICE
                                            United States Attorney

                              By:    /s/William E. Morse
                                     William E. Morse
                                     Assistant U.S. Attorney
                                     Bar No. 421934 (D.C.)
                                     53 Pleasant St., 4th Floor
                                     Concord, NH  03301
                                     (603) 225-1552

                                      FELIPE ANTONIO REYES
                                      EDUARDO

        By:    /s/Paul J. Garrity
                 Garrity Law Office
                 14 Londonderry Road
                 Londonderry, NH  03053
                 (603) 434-4106

<u>Certificate of Service</u>

I hereby certify that a copy of the above motion was served, via ECF, to Paul J. Garrity, Esq., counsel for the defendant.

                                                        /s/William E. Morse
                                                        William E. Morse
                                                        Assistant U.S. Attorney