UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW HAMPSHIRE

_____
                                    *
UNITED STATES OF AMERICA,            *
    Plaintiff                       *
                                    *
v.                                   *   CASE NO.: 1:16-cr-00058-JL-1
                                    *
FELIPE REYES EDUARDO                 *
    Defendant                       *
_____ *


NOTICE OF APPEARANCE

    I, William R. Sullivan, Jr., do hereby enter my notice of appearance on behalf of the Defendant, Felipe Reyes Eduardo, with regard to the above-captioned matter.

Date:   April 29, 2016                    Respectfully submitted,


                                                /s/ William R. Sullivan, Jr.
                                                William R. Sullivan, Jr.
                                                SULLIVAN & SULLIVAN
                                                25 Railroad Square, Suite 405
                                                Haverhill, MA 01832
                                                (978) 521-6801
                                                BBO #: 556231

CERTIFICATE OF SERVICE

    I, William R. Sullivan, Jr., do hereby certify that the above Notice of Appearance has on this 29th day of April, 2016 been served on all parties or their attorneys of record via electronic filing.


                                                /s/ William R. Sullivan, Jr.
                                                William R. Sullivan, Jr.